COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Regal Entertainment Group v. IPIC-Gold Class Entertainment, LLC

Appellate case number:   01-16-00102-CV

Trial court case number:  2015-68745

Trial court:                      234th District Court of Harris County

This is an accelerated appeal from a temporary injunction entered on January 25, 2016. A motion for temporary and permanent sealing orders was filed with the trial court on February 4, 2016. The trial court entered a sealing order pursuant to Texas Rule of Civil Procedure 76a on February 29. On March 3, 2016, appellant filed an unopposed motion to enforce the trial court's sealing order. The Court GRANTS the unopposed motion.

The Court further advises the parties that **neither the motion for sealing order nor its exhibits are included in the record on appeal, so the Court cannot discern which information is the subject of the sealing order.** Additionally, by the time the sealing order was entered, the reporter had already filed portions of the reporter's record in this Court. The reporter has since filed additional portions of the reporter's record that reflect that they are sealed in accordance with the trial court's order, but the Court is unable to discern whether portions of the reporter's record filed before the sealing order was entered should be sealed in accordance with the trial court's sealing order.

Therefore, the Court orders the parties to assist the court reporter in filing with this Court an amended reporter's record, which shall designate any sealed materials as such and segregate them in volumes separate from material that is not subject to the sealing order. The amended reporter's record shall be filed **within 20 days from the date of this order**. Until then, the Court will treat the entire reporter's record as sealed.

Finally, because the sealing order does not permit even parties to access the record, the parties should seek an amended sealing order from the trial court if they wish to specify that parties or anyone else shall have access to the sealed portions of the record in this Court.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                              ☑ Acting individually      ☐ Acting for the Court
Date: March 11, 2016